## Hardy CLEVENGER, Appellant, v. UNITED STATES of America, Appellee.

### No. 11532.

United States Court of Appeals
Sixth Circuit.

May 27, 1952.

William Tompkins, Cincinnati, Ohio, for appellant.

Otto T. Ault, Knoxville, Tenn., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel for Hardy Clevenger, appellant, in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the order of the district court denying appellant's motion to vacate sentence be and the same is hereby affirmed for the reasons set forth in the opinion of the district court. 105 F.Supp. 333.

## UNITED STATES of America, Appellant, v. George M. MILES.

### No. 14521.

United States Court of Appeals
Eighth Circuit.

May 2, 1952.

Ed Dupree, General Counsel, Office of Rent Stabilization, A. M. Edwards, Jr., Asst. General Counsel, Office of Rent Stabilization, David M. Scheffer, Special Litigation Attorney, Office of Rent Stabilization, Washington, D. C., and Joseph E. Babka, Chief, Litigation Section, Office of Rent Stabilization, St. Louis, Mo., for appellant.

J. K. Owens, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

## Seferino ABEITA et al. v. John LYNES.

### No. 4452.

United States Court of Appeals
Tenth Circuit.

June 9, 1952.

Tibo J. Chavez and Denis Cowper, Belen, N. Mex., for appellants.

E. C. Iden, Bryan G. Johnson and J. T. Paulantis, Albuquerque, N. Mex., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed June 9, 1952, pursuant to stipulation.

## John Edwin BYERS et al., Appellants, v. Dr. Ivan W. STEELE (Warden).

### No. 14632.

United States Court of Appeals
Eighth Circuit.

June 13, 1952.

John Edwin Byers, pro se.

PER CURIAM.

Petition for leave to appeal in forma pauperis and for order calling for evidence denied in all respects, etc.